SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LISA M. MARTENS, Cal. Bar No. 195824
lmartens@sheppardmullin.com
JESSE A. SALEN, Cal. Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:    858.509.3691

Attorneys for Different Rules, LLC
*dba* Jack In The Box

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Different Rules, LLC, *dba* Jack in the Box, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>West Realm Shires Services, Inc. *fka* FTX US, a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 3:21-cv-01871-BAS-KSC<br><br>NOTICE OF APPEARANCE BY LISA M. MARTENS FOR DIFFERENT RULES, LLC *DBA* JACK IN THE BOX<br><br>**DEMAND FOR JURY TRIAL** |

TO THE COURT, ECF CLERK, AND ALL PARTIES:

PLEASE TAKE NOTICE THAT Lisa M. Martens (lmartens@sheppardmullin.com) of Sheppard, Mullin, Richter & Hampton LLP hereby enters her appearance in the above-captioned matter as counsel for Plaintiff Different Rules, LLC *dba* Jack in the Box.

Dated: November 4, 2021

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Lisa M. Martens*
Lisa M. Martens (Cal. Bar No. 195824)
Jesse A. Salen (Cal. Bar No. 292043)

*Attorneys for Different Rules, LLC dba Jack In The Box*