SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LISA M. MARTENS, Cal. Bar No. 195824
lmartens@sheppardmullin.com
JESSE A. SALEN, Cal. Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:    858.509.3691

Attorneys for Different Rules, LLC
*dba* Jack In The Box

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Different Rules, LLC, *dba* Jack in the Box, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>West Realm Shires Services, Inc. *fka* FTX US, a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 3:21-cv-01871-BAS-KSC<br><br>PLAINTIFF DIFFERENT RULES, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Plaintiff Different Rules, LLC *dba* Jack in the Box Inc. provides the following statement:

Different Rules, LLC is a Delaware limited liability company that is 100% owned by Jack in the Box Funding, LLC, which is a Delaware limited liability company that is 100% owned by Jack in the Box SPV Guarantor, LLC, which is a Delaware limited liability company that is 100% owned by Jack in the Box Inc., which is a Delaware corporation.  Jack In The Box Inc. is the only publicly traded

entity within the corporate family, with the following two entities holding 10% or more of the company's stock: BlackRock Institutional Trust Company, N.A. and Vanguard Group, Inc.

Dated: November 4, 2021

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Lisa M. Martens*
Lisa M. Martens (Cal. Bar No. 195824)
Jesse A. Salen (Cal. Bar No. 292043)

Attorneys for Different Rules, LLC *dba* Jack In The Box